## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **BCS SOFTWARE, LLC,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**ZOHO CORPORATION**<br><br>**Defendant** | **Case No. 6:21-cv- 51**<br><br>**JURY TRIAL DEMANDED** |

### COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff BCS Software, LLC ("Plaintiff" or "BCS") hereby asserts the following claims for patent infringement against Zoho Corporation ("Defendant" or "Zoho"), and alleges, upon information and belief, as follows:

### THE PARTIES

1.      BCS Software, LLC is a limited liability company organized and existing under the laws of the Texas with its principal place of business at 600 Columbus Avenue, Suite 106, #7, Waco, Texas 76701.

2.      Upon information and belief, Zoho Corporation is a multinational technology company organized and existing under the laws of the State of Florida, with a regular and established place of business located at 6800 Burleson Rd, Building 310, Suite 2000, Austin, Texas 78744 and may be served through its designated agent for service of process, Registered Agents Inc., 7901 4th St. N Suite 300, St. Petersburg, Florida 33702.

## JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, 35 U.S.C. § 1, *et seq*.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

4.      Defendant has committed acts of infringement in this judicial district.

5.      Upon information and belief, Defendant has a regular and established place of business at 6800 Burleson Rd, Building 310, Suite 2000, Austin, Texas 78744.

6.      Upon information and belief, the Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in the state of Texas, has conducted business in the state of Texas, and/or has engaged in continuous and systematic activities in the state of Texas.

7.      Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the Western District of Texas.

8.      Venue is proper in the Western District of Texas pursuant to 28 U.S.C. § 1400(b).

## U.S. PATENT NO. 8,819,120

9.      BCS is the owner, by assignment, of U.S. Patent No. 8,819,120 ("the '120 Patent"), entitled "METHOD AND SYSTEM FOR GROUP COMMUNICATIONS," which issued on August 26, 2014.

10.     The '120 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

11.     The '120 Patent includes numerous claims defining distinct inventions.

12.    The priority date of each of the '120 Patents is at least as early as October 2004.  As of the priority date, the inventions as claimed were novel, non-obvious, unconventional, and non-routine.

13.    The claims of the '120 Patent are not drawn to laws of nature, natural phenomena, or abstract ideas.  Although the systems and methods claimed in the '120 Patent are ubiquitous now (and, as a result, are widely infringed), the specific combinations of elements, as recited in the claims, were not conventional or routine at the time of the invention.

14.    Further, the claims of the '120 Patent contain inventive concepts which transform the underlying non-abstract aspects of the claims into patent-eligible subject matter.

15.    Consequently, the claims of the '120 Patent recite apparatuses and methods resulting in improved functionality of the claimed systems and represent technological improvements to the operation of computers.  The claims of the '120 Patent unconventionally provide a group communication system allowing a group of users to participate in communications including internal mail, message exchanging and accessing files.  *See, e.g.,* '120 Patent at Abstract.

16.    The claims of the '120 Patent overcome deficiencies existing in the art as of the date of invention and comprise non-conventional approaches that transform the inventions as claimed into substantially more than mere abstract ideas.  For example, as of the date of invention, "[w]hat a modern enterprise desires is a true collaborative environment in which co-workers or individuals involved can share information and data, and participate in discussion confidentially without intrusions from others, regardless where they are and in what time zone." '120 Patent at 2:20-25. The inventions as claimed overcome these

deficiencies in the state of the art and provide substantial technological benefits to all parties.  Further, as of the date of invention, "Email and IM each provide some features desired for a true collaborative environment but none offers all. The present invention discloses a collaborative platform that facilitates such requirements. Besides providing a non-intrusive communication platform, the present invention also provides data mobility to users." *Id.* at 2:25-30.  As such, the inventions as claimed provide non-conventional solutions to the conventional problems of the day because the collaborative platform allowed users to enjoy more secure interactions, along with data mobility.

## NOTICE OF BCS' PATENTS

17.   Plaintiff is the owner, by assignment, of U.S. Patent No. 6,240,421 (the "'421 Patent"), entitled "System, software and apparatus for organizing, storing and retrieving information from a computer database," which issued on May 29, 2001.   A copy of the '421 Patent is available at https://patents.google.com/patent/US6240421B1/en?oq=6240421.

18.   Plaintiff is the owner, by assignment, of U.S. Patent No. 6,421,821 (the "'821 Patent"), entitled "Flow chart-based programming method and system for object-oriented languages," which issued on July 16, 2002. A copy of the '821 Patent is available at https://patents.google.com/patent/US6421821B1/en?oq=6421821.

19.   Plaintiff is the owner, by assignment, of U.S. Patent No. 6,658,377 (the "'377 Patent"), entitled "Method and system for text analysis based on the tagging, processing, and/or reformatting of the input text," which issued on December 2, 2003. A copy of the '377 Patent is available at https://patents.google.com/patent/US6658377B1/en?oq=6658377.

20.   Plaintiff is the owner, by assignment, of U.S. Patent No. 6,895,502 (the "'502 Patent"), entitled "Method and system for securely displaying and confirming request to perform

operation on host computer," which issued on May 17, 2005. A copy of the '502 Patent is available at https://patents.google.com/patent/US6895502B1/en?oq=6895502.

21.   Plaintiff is the owner, by assignment, of U.S. Patent No. 7,200,760 (the "'760 Patent"), entitled "System for persistently encrypting critical software data to control the operation of an executable software program," which issued on April 3, 2007. A copy of the '760 Patent is available at https://patents.google.com/patent/US7200760B2/en?oq=7200760.

22.   Plaintiff is the owner, by assignment, of U.S. Patent No. 7,302,612 (the "'612 Patent"), entitled "High level operational support system," which issued on November 27, 2007. A copy of the '809 Patent is available at https://patents.google.com/patent/US7302612B2/en?oq=7302612.

23.   Plaintiff is the owner, by assignment, of U.S. Patent No. 7,533,301 (the "'301 Patent"), entitled "High level operational support system," which issued on May 12, 2009. A copy of the '809 Patent is available at https://patents.google.com/patent/US7533301B2/en?oq=7533301.

24.   Plaintiff is the owner, by assignment, of U.S. Patent No. 7,730,129 (the "'129 Patent"), entitled "Collaborative communication platforms," which issued on June 1, 2010. A copy of the '129 Patent is available at https://patents.google.com/patent/US7730129B2/en?oq=7730129.

25.   Plaintiff is the owner, by assignment, of U.S. Patent No. 7,840.893 (the "'893 Patent"), entitled "Display and manipulation of web page-based search results," which issued on November 23, 2010. A copy of the '893 Patent is available at https://patents.google.com/patent/US7840893B2/en?oq=7840893.

26.     Plaintiff is the owner, by assignment, of U.S. Patent No. 7,895,282 (the "'282 Patent"), entitled "Internal electronic mail system and method for the same," which issued on February 22, 2011. A copy of the '282 Patent is available at https://patents.google.com/patent/US7895282B1/en?oq=7895282.

27.     Plaintiff is the owner, by assignment, of U.S. Patent No. 7,890,809 (the "'809 Patent"), entitled "High level operational support system," which issued on February 15, 2011. A copy of the '809 Patent is available at https://patents.google.com/patent/US7890809B2/en?oq=7890809.

28.     Plaintiff is the owner, by assignment, of U.S. Patent No. 7,996,464 (the "'464 Patent"), entitled "Method and system for providing a user directory," which issued on August 9, 2011. A copy of the '464 Patent is available at https://patents.google.com/patent/US7996464B1/en?oq=7996464.

29.     Plaintiff is the owner, by assignment, of U.S. Patent No. 7,996,469 (the "'469 Patent"), entitled "Method and system for sharing files over networks," which issued on August 9, 2011. A copy of the '469 Patent is available at https://patents.google.com/patent/US7996469B1/en?oq=7996469.

30.     Plaintiff is the owner, by assignment, of U.S. Patent No. 8,171,081 (the "'081 Patent"), entitled "Internal electronic mail within a collaborative communication system," which issued on May 1, 2012. A copy of the '081 Patent is available at https://patents.google.com/patent/US8171081B1/en?oq=8171081.

31.     Plaintiff is the owner, by assignment, of U.S. Patent No. 8,176,123 (the "'123 Patent"), entitled "Collaborative communication platforms," which issued on May 8,

2012. A copy of the '123 Patent is available at https://patents.google.com/patent/US8176123B1/en?oq=8176123.

32.     Plaintiff is the owner, by assignment, of U.S. Patent No. 8,285,788 (the "'788 Patent"), entitled "Techniques for sharing files within a collaborative communication system," which issued on October 9, 2012. A copy of the '788 Patent is available at https://patents.google.com/patent/US8285788B1/en?oq=8285788.

33.     Plaintiff is the owner, by assignment, of U.S. Patent No. 8,554,838 (the "'838 Patent"), entitled "Collaborative communication platforms," which issued on October 8, 2013. A copy of the '838 Patent is available at https://patents.google.com/patent/US8554838B1/en?oq=8554838.

34.     Plaintiff is the owner, by assignment, of U.S. Patent No. 8,819,120 (the "'120 Patent"), entitled "Method and system for group communications," which issued on August 26, 2014. A copy of the '120 Patent is available at https://patents.google.com/patent/US8819120B1/en?oq=8819120.

35.     Plaintiff is the owner, by assignment, of U.S. Patent No. 8,984,063 (the "'063 Patent"), entitled "Techniques for providing a user directory for communication within a communication system," which issued on March 17, 2015. A copy of the '063 Patent is available at https://patents.google.com/patent/US8984063B1/en?oq=8984063.

36.     Plaintiff is the owner, by assignment, of U.S. Patent No. 9,396,456 (the "'456 Patent"), entitled "Method and system for forming groups in collaborative communication system," which issued on July 19, 2016. A copy of the '456 Patent is available at https://patents.google.com/patent/US9396456B1/en?oq=9396456.

**DEFENDANT'S PRODUCTS**

37.   Upon information and belief, Defendant makes, uses, imports, sells, and/or offers for sale the Zoho Docs and Zoho WorkDrive product (the "Accused Product").

38.   Defendant performs and induces others to perform a method for sharing data via a server.

**COUNT I**
**(Infringement of U.S. Patent No. 8,819,120)**

39.   Plaintiff incorporates each of the foregoing paragraphs by reference.

40.   Defendant has been on notice of the '120 Patent at least as early as the date it received service of this complaint.

41.   Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least claims 1, 2 and 3 of the '120 Patent by making, using, importing, selling, and/or, offering for sale the Accused Product.

42.   Defendant, with knowledge of the '120 Patent, infringes the '120 Patent by inducing others to infringe the '120 Patent. In particular, Defendant intends to induce its customers to infringe the '120 Patent by encouraging its customers to use the Accused Product. Defendant's acts of inducement are actionable at least as of the date of service of the Original Complaint in this matter.

43.   Defendant also induces others, including its customers, to infringe the '120 Patent by providing technical support for the use of the Accused Product.

44.   Upon information and belief, at all times Defendant owns and controls the operation of the Accused Product in accordance with an end user license agreement.

45.   Claim 1 of the '120 Patent recites:

1.   A method for sharing data via a server, comprising:

(a) receiving by the server a request from a first client machine to establish a

connection with a second client machine;

(b) forwarding the request by the server to the second client machine;

(c) permitting the first client machine to communicate with the second client machine via the server in response to the second client machine granting the request;

(d) in response to the first client machine uploading a file to a file list coupled to a store that is remotely located to the first and second client machines:

(i) notifying the second client machine by the server of the file, and

(ii) establishing a level of access to the file list coupled to the store, wherein the store is independent of a file path and unnavigable to by a user; and

(e) establishing a connection between the file list and the store by a secured channel to download the file.

With the Accused Product, Defendant performs a method for sharing data via a server.  For example, Defendant provides Zoho Docs and Zoho WorkDrive ("server") which let users share data including but not limited to documents and images within a team.



Source: https://www.zoho.com/docs/



Source: https://www.zoho.com/docs/features.html

## Share and Collaborate

Set permissions, share files, and brainstorm with your colleagues to enhance productivity.

Learn more

 **Password protected links**

Control access to confidential information by setting up a password for your documents.

 **Group sharing**

Forget sharing files with your team members one at a time. Create a group alias and share ideas as often as you like.

 **In-app chat**

Group collaboration used to mean endless back-and-forth messages and lots of wasted time. Now discuss ideas and decide changes in real time with the chat feature within the document.

 **Tasks and reminders**

Manage and delegate work among team members. Set reminders and notifications to get work done on time.



Source: https://www.zoho.com/docs/features.html

Help Home › Docs - FAQ › General

**What is Zoho Docs?**

Zoho Docs is an Online Document Management system where you can store all your files securely in a centralized location and can access them from anywhere and from any device. You can upload, store, create, edit, share, and view any type of file like documents, spreadsheets, presentations, pictures, music, videos, etc. Our advanced collaboration tools such as Shared Folders, Tasks and Groups will provide a collaborative environment for you and your team. You can also collaborate on documents in real-time, which is useful when you work as a team. To know more about our features, please check out our Overview page.

+ **What can I do with Zoho Docs?**

Source: https://www.zoho.com/docs/faq/zoho-docs-faq.html



Source: https://www.zoho.com/workdrive/faqs.html

46.     With the Accused Product, Defendant performs a method for sharing data via a server comprising receiving by the server a request from a first client machine to establish a connection with a second client machine.  For example, Zoho Docs and Zoho WorkDrive ("server") receives a file sharing request from a first user in order to share files with a second user. Zoho Docs and Zoho WorkDrive generate a share link which is shared with the second user to provide access to the shared files.



Source: https://www.zoho.com/docs/features.html



Source: https://www.zoho.com/docs/help/secure-sharing.html

Zoho Docs users can share multiple documents at once with an unlimited number of people. You can share either privately, which requires entering email addresses manually, or with a preformed group. You can also assign either read-only or read-and-edit permissions to the recipients.

To Share Documents to Individuals

1. Select the document you want to share.

2. Right-click on the file select **Share**.

3. A dialog box with heading *Share settings* appears on the screen.

4. Enter the email address of the recipient.

5. Specify the access permission (Viewer/Collaborator/Co-Owner) for the shared document.

6. Click **Share**

To Share Documents to Groups

1. Select the document you want to share.

2. Right-click on the file select **Share**.

3. A dialog box with heading *Share settings* appears on the screen.

4. Enter the name of the recipient group.

5. Specify the access permission (Viewer/Collaborator/Co-Owner) for the shared document.

6. Click **Share**

Source: https://www.zoho.com/docs/faq/file-sharing-faq.html



Source: https://www.zoho.com/workdrive/filesharing.html



Source: Zoho website as seen by a typical user at
workdrive.zoho.com/home/0hsopecf7ce23a4244cdc8436c8bf160cff62/privatespace/folders/files

47.     With the Accused Product, Defendant performs a method for sharing data via a server comprising forwarding the request by the server to the second client machine. For example, Zoho Docs and Zoho WorkDrive generates a share link which is sent to the second user ("second client machine") to provide access to the shared files from the first user ("first client machine").



Source: https://www.zoho.com/docs/features.html



Source: https://www.zoho.com/docs/help/secure-sharing.html

Zoho Docs users can share multiple documents at once with an unlimited number of people. You can share either privately, which requires entering email addresses manually, or with a preformed group. You can also assign either read-only or read-and-edit permissions to the recipients.

**To Share Documents to Individuals**

1. Select the document you want to share.
2. Right-click on the file select **Share**.
3. A dialog box with heading *Share settings* appears on the screen.
4. Enter the email address of the recipient.
5. Specify the access permission (Viewer/Collaborator/Co-Owner) for the shared document.
6. Click **Share**

**To Share Documents to Groups**

1. Select the document you want to share.
2. Right-click on the file select **Share**.
3. A dialog box with heading *Share settings* appears on the screen.
4. Enter the name of the recipient group.
5. Specify the access permission (Viewer/Collaborator/Co-Owner) for the shared document.
6. Click **Share**

Source: https://www.zoho.com/docs/faq/file-sharing-faq.html



Source: https://www.zoho.com/workdrive/filesharing.html

ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT                                    17



Source: Zoho website as seen by a typical user at
workdrive.zoho.com/home/0hsopecf7ce23a4244cdc8436c8bf160cff62/privatespace/folders/files

48.     With the Accused Product, Defendant performs a method for sharing data via a server
comprising permitting the first client machine to communicate with the second client
machine via the server in response to the second client machine granting the request. For
example, when the second user ("second client machine") accesses the share link
forwarded from the first user ("first client machine") through Zoho Docs and Zoho
WorkDrive ("server"). Zoho Docs and Zoho WorkDrive provide chats and comments
functionality which allows the first user to have conversations around the shared files
with the second user.

## Share and Collaborate

Set permissions, share files, and brainstorm with your colleagues to enhance productivity.

Learn more



**Password protected links**

Control access to confidential information by setting up a password for your documents.



**Group sharing**

Forget sharing files with your team members one at a time. Create a group alias and share ideas as often as you like.





**In-app chat**

Group collaboration used to mean endless back-and-forth messages and lots of wasted time. Now discuss ideas and decide changes in real time with the chat feature within the document.



**Tasks and reminders**

Manage and delegate work among team members. Set reminders and notifications to get work done on time.

Source: https://www.zoho.com/docs/features.html



**Debate and discuss**

Interact with your collaborators while you work using the in-app chat feature. Alternatively, you can chat with anyone in your organization with the integrated Zoho Chat option.



**Be in control**

Eliminate overwriting while collaborating with your colleagues. Take sole charge of your work with the Check-In/Check-Out feature, which allows only one person to work on a document at a time.



**Revisit your work**

Does yesterday's write-up seem better than today's copy? Zoho Docs lets you recover all previous versions of a document. Avoid the mess of creating multiple copies of the same file. Compare versions, and assess which parts work the best.



**Mark as final**

Make your meetings meaningful. Finalize your document to know exactly which file to present and discuss. Keep all your collaborators on the same page with file status updates.

Source: https://www.zoho.com/docs/online-collaboration.html



Source: https://www.zoho.com/docs/help/online-collaboration.html



Source:
https://workdrive.zoho.in/home/0hsopecf7ce23a4244cdc8436c8bf160cff62/privatespace/folders/files

49.     With the Accused Product, Defendant performs a method for sharing data via a server comprising in response to the first client machine uploading a file to a file list coupled to a store that is remotely located to the first and second client machines notifying the second client machine by the server of the file.  For example, the shared data among the first user ("first client machine") and the second user ("second client machine") of Zoho Docs and Zoho WorkDrive is stored in the remotely located centralized cloud storage ("store") comprising various folders and subfolders ("file list").  For example, when the first user uploads a file or adds a comment to the shared file, Zoho Docs and Zoho WorkDrive ("server") comprises smart notifications functionality using which it provides notifications to the second user when shared files or folders are changed by first user.



Source: https://www.zoho.com/docs/

## Cloud Storage

Store all your files, images, and music in a central location and share them effortlessly with friends and colleagues. Learn more



**Bulk uploads**

Upload files individually, or select and save multiple files at once.



**Store large files**

Save videos, product screenshots, and even entire databases without worrying about file size.





**Email in**

Send documents from your email or scanner directly to your cloud account without signing in.

**Organize**

Create folders and subfolders to categorize your files by projects, file types, function, etc., and find anything instantly.

Source: https://www.zoho.com/docs/features.html

Help Home › Docs - FAQ › General

**What is Zoho Docs?**

Zoho Docs is an Online Document Management system where you can store all your files securely in a centralized location and can access them from anywhere and from any device. You can upload, store, create, edit, share, and view any type of file like documents, spreadsheets, presentations, pictures, music, videos, etc. Our advanced collaboration tools such as Shared Folders, Tasks and Groups will provide a collaborative environment for you and your team. You can also collaborate on documents in real-time, which is useful when you work as a team. To know more about our features, please check out our Overview page.

+ **What can I do with Zoho Docs?**

Source: https://www.zoho.com/docs/faq/zoho-docs-faq.html



Source: https://www.zoho.com/workdrive/collaborate-using-team-folder.html



Source: https://www.zoho.com/docs/features.html



**Audit trail**

When collaborating on a document, it's important to keep track of who made which changes. Hold collaborators accountable for these changes.



**Get notified**

Don't get lost in a maze of edits. Get instant notifications via email any time changes are made and stay up-to-date on modifications made to your file.

**Access reports and stats**

Identify who has accessed and worked on your documents. Get details about the date, time, editor name, and number of times your file has been opened.

Source: https://www.zoho.com/docs/online-collaboration.html

**Stay updated.**

Receive instant notifications on any edits your team makes to the files. Track changes and save multiple versions, so you can always revert to an earlier version that you feel is the best.

**Pause collaboration.**

Use the Check out feature when you want to modify a document without any intervention. And once you have your idea in place, Check in to make it visible to everyone.

Source: https://www.zoho.com/workdrive/filesharing.html



Source: https://www.zoho.com/docs/online-collaboration.html

ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT                    24

50.     Wherein, in response to the first client machine uploading a file to a file list coupled to a store that is remotely located to the first and second client machines establishing a level of access to the file list coupled to the store, wherein the store is independent of a file path and unnavigable to by a user. For example, the shared data among the first user ("first client machine") and the second user ("second client machine") of Zoho Docs and Zoho WorkDrive is stored in the geographically located cloud storage ("store"). The folders and subfolders ("file list") displayed to the users on their interfaces are corresponding to the data stored at the storage ("file list coupled to the store").  For example, the first user shares a link to the shared folder for the second user to access the data stored in the shared folder. This link does not define location or name of the cloud storage and therefore the store is independent of the file path and unnavigable by any user.  For example, Zoho Docs and Zoho WorkDrive provides features to the first user to set access level on the shared data including but not limited to "view only", "view and comment", "share" and "edit". When the first user shares a file or folder with the second user, the shared folder is accessible to the second user based on the access level set by the first user.

# Store everything online.

From documents to images, spreadsheets to presentations, and even your music, movies, and pictures, carry all your files with you wherever you go. With everything stored in a centralized location, now you can conveniently share your files with your friends and colleagues.



### Virtual Drive

It doesn't take much to move your work online —in fact, it's free! Start with 5 GB of free storage. Stop carrying a flash drive around and store your data in the cloud.

Learn more



### Sync

Sync from your Windows, Mac, or Ubuntu Linux computers to the cloud and vice-versa without any trouble. Find your latest files on any computer, both on and offline.

Learn more



### Organize

Find the information right when you need it. Categorize files by project, file type, and author. Organize them under folders and sub-folders.

Learn more

Source: https://www.zoho.com/docs/

# Cloud Storage

Store all your files, images, and music in a central location and share them effortlessly with friends and colleagues. Learn more



### Bulk uploads

Upload files individually, or select and save multiple files at once.



### Store large files

Save videos, product screenshots, and even entire databases without worrying about file size.



### Email in

Send documents from your email or scanner directly to your cloud account without signing in.



### Organize

Create folders and subfolders to categorize your files by projects, file types, function, etc., and find anything instantly.



Source: https://www.zoho.com/docs/features.html



Source: https://www.zoho.com/docs/faq/zoho-docs-faq.html



Source: https://www.zoho.com/workdrive/collaborate-using-team-folder.html



Source: https://www.zoho.com/workdrive/filesharing.html



Source:
https://workdrive.zoho.in/home/0hsopecf7ce23a4244cdc8436c8bf160cff62/privatespace/folders/files



Source: https://www.zoho.com/docs/features.html



Source: https://www.zoho.com/docs/online-collaboration.html



Source: https://www.zoho.com/workdrive/collaborate-using-team-folder.html

51.    With the Accused Product, Defendant performs a method for sharing data via a server comprising establishing a connection between the file list and the store by a secured channel to download the file.  For example, when the second user accesses the shared link sent from the first user in order to access the shared file stored in cloud storage ("store"), Zoho Docs and Zoho WorkDrive establishes a secure connection to download the file. Zoho Docs and Zoho WorkDrive securely download data which is available to second user according to the access permission provided by the first user.



Source: https://www.zoho.com/docs/features.html



Source: https://www.zoho.com/workdrive/filesharing.html



Source: Zoho website as seen by a typical user at
workdrive.zoho.com/home/0hsopecf7ce23a4244cdc8436c8bf160cff62/privatespace/folders/files



Source: https://www.zoho.com/workdrive/collaborate-using-team-folder.html



### Disaster recovery

Our servers are well protected from all kinds of physical damage. Zoho servers run on distributed grid architecture. In case of server damage, a copy of your files will be safely backed up in an alternate server and available without any noticeable delay.



### Intrusion protection

All files are first checked for viruses before being uploaded and stored in Zoho servers. Our screening uses powerful Intrusion Detection and Intrusion Prevention systems (IDS/IPS) and our systems are secured from DDoS attacks.



### Two-factor authentication

Protect your Zoho WorkDrive account with Two-Factor Authentication (TFA). Security means more than just a password. To ensure strong protection, you'll also get a unique code generated every time you log into an account.



### Encryption in transit and at rest

With Zoho WorkDrive, your data is always safe. Files in Zoho WorkDrive are encrypted at rest with 256-bit Advance Encryption Standard (AES). During transit, Perfect Forward Secrecy (PFS) generates a unique key for each session to encrypt files.

Source: https://www.zoho.com/workdrive/security.html



### Admin-level controls

Choose where your files can be shared. As an admin, you can decide whether to allow your users to share files only internally, or outside your team as well. Avoid the clutter by only allowing team admins to create public groups.



### Transfer file ownership

What's created in an organization should stay in the organization. Don't let ex-employees leave with the important files they created and worked on. Transfer ownership of files from one user to another to keep them in the right hands.



### Share links that expire

Make your data available only for as long as you want to. Set expiration dates for your quarter-end reports, research findings, or other vital documents while sharing them externally. After the expiration date, your external partners won't be able to view your data.



### Role-based permissions

Give users only as much access as they need. Use roles like viewer or commenter when you want to involve your stakeholders but don't want them to make changes to your files. Set roles like collaborator or moderator when you'd like people to contribute to your work.

Source: https://www.zoho.com/workdrive/security.html



Source: https://www.zoho.com/docs/help/download-document.html

52.    Claim 2 of the '120 Patent recites:

The method of claim 1, wherein a first user is a member of a group, and the request is to invite a second user to join the group, and the group is closed to other users that have not been invited by a member of the group, no mutual communication is allowed between a member of the group and any of the other users.

53.    With the Accused Product, Defendant performs a method for sharing data via a server wherein a first user is a member of a group, and the request is to invite a second user to join the group, and the group is closed to other users that have not been invited by a member of the group, no mutual communication is allowed between a member of the group and any of the other users.  For example, when a first user shares a folder ("group") already accessible to users with proper access permissions with a second user, the second user accesses the shared folder using the shared link and becomes one of the

users with required access permissions to access the shared folder. Users with no required access permissions cannot access the folder and thus cannot further share the files ("mutual communication") with users with proper access permissions.



Source: https://www.zoho.com/workdrive/collaborate-using-team-folder.html



Source: https://www.zoho.com/workdrive/collaborate-using-team-folder.html



Source: https://www.zoho.com/workdrive/collaborate-using-team-folder.html



Source: https://www.zoho.com/workdrive/admin-dashboard.html

54. Claim 3 of the '120 Patent recites:

The method of claim 2, wherein the file is distributed to all members in the group without sending a copy of the file to each of the all members in the group at the same time.

55. With the Accused Product, Defendant performs a method for sharing data via a server wherein the file is distributed to all members in the group without sending a copy of the file to each of the all members in the group at the same time. For example, the shared file is present in the cloud storage and is accessible to all the users with proper access permissions rather than sending a copy of the file to each user with proper access permissions.



Source: https://www.zoho.com/workdrive/collaborate-using-team-folder.html



Source: https://www.zoho.com/workdrive/collaborate-using-team-folder.html



**Set up in minutes**

Quickly bring in team members with an invitation link, either by importing their email addresses or by linking your Active Directories with SAML authentication.



**Create functional groups**

Create groups based on team members' functions. Quickly create Team Folders for a particular project by adding the functional groups you want to include.



**Roles and permissions**

Assign each person a role as a team admin or a team member. As an admin, keep an eye on the team's file activities using the admin panel.



**Customize your team profile**

Make Zoho WorkDrive work the way you do. Decide who gets to create Team Folders, share content externally, or download files to their devices

Source: https://www.zoho.com/workdrive/admin-dashboard.html

56.     The foregoing infringement on the part of Defendant has caused past and ongoing injury to Plaintiff.  The amount of damages adequate to compensate for the infringement shall be determined at trial but is in no event less than a reasonable royalty from the date of first infringement to the expiration of the '120 Patent.

57.     To the extent Defendant continues, and has continued, its infringing activities noted above in an infringing manner post-notice of the '120 Patent, such infringement is necessarily willful and deliberate.

## PRAYER FOR RELIEF

WHEREFORE, BCS respectfully requests the Court enter judgment against Defendant:

1.      declaring that the Defendant has infringed the '120 Patent;

2.      awarding BCS its damages suffered as a result of Defendant's infringement of the
'120 Patent;

3.      awarding BCS its costs, attorneys' fees, expenses, and interest; and

4.      granting BCS such further relief as the Court finds appropriate.

## JURY DEMAND

BCS demands trial by jury, Under Fed. R. Civ. P. 38.

Dated:  January 19, 2021                    Respectfully Submitted

                                            */s/ Thomas Fasone*
                                            Thomas Fasone III
                                            Texas Bar No. 00785382
                                            tfasone@ghiplaw.com
                                            M. Scott Fuller
                                            Texas Bar No. 24036607
                                            sfuller@ghiplaw.com
                                            Randall T. Garteiser
                                            Texas Bar No. 24038912
                                            rgarteiser@ghiplaw.com

                                            **GARTEISER HONEA, PLLC**
                                            119 W. Ferguson Street
                                            Tyler, Texas 75702
                                            Telephone: (903) 705-7420


                                            */s/ Raymond W. Mort, III*
                                            Raymond W. Mort, III
                                            Texas State Bar No. 00791308
                                            raymort@austinlaw.com

                                            **THE MORT LAW FIRM, PLLC**
                                            100 Congress Ave, Suite 2000
                                            Austin, Texas 78701
                                            Tel/Fax: (512) 865-7950


                                            **ATTORNEYS FOR PLAINTIFF**
                                            **BCS SOFTWARE, LLC**