## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 6:21-CV-00051

Plaintiff:
**BCS Software, LLC**

vs.

Defendant:
**Zoho Corporation**

For:
Thomas Fasone
Garteiser Honea Pllc
119 W. Fersuson
Tyler, TX 75207

Received by Malone Process Service, LLC on the 24th day of January, 2021 at 11:52 am to be served on **Zoho Corporation, C/O Registered Agents, Inc., 7901 4th St. N., Suite 300, St. Petersburg, FL 33702**

I, Elizabeth Ostman, do hereby affirm that on the **25th day of January, 2021** at **2:55 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Complaint** with the date and hour of service endorsed thereon by me, to: **Stephanie Grimes** as **Registered Agent** at the address of: **7901 4th St. N., Suite 300, St. Petersburg, FL 33702** on behalf of **Zoho Corporation, C/O Registered Agents, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 25, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 150, Hair: Dark Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am an Appointed Process Server, in good standing, in the judicial circuit in which the process was served. I declare I have read the foregoing document, and the facts stated in it are true. No notary required pursuant to F.S. 92.525(2)

Elizabeth Ostman
APS 59336

**Malone Process Service, LLC**
**Po Box 720040**
**Dallas, TX 72004**

Our Job Serial Number: AMB-2021000089

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**BCS SOFTWARE, LLC,**
*Plaintiff*

V.  Civil Action No. **6:21−CV−00051**

**ZOHO CORPORATION,**
*Defendant*

## SUMMONS IN A CIVIL ACTION

TO: Zoho Corporation
c/o Registered Agents Inc.
7901 4th St. N Suite 300
St. Petersburg, Florida 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas G. Fasone III
Garteiser Honea PLLC
119 W. Ferguson
Tyler, TX 75207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**
CLERK OF COURT

**s/AKEITA MICHAEL**
DEPUTY CLERK



ISSUED ON 2021−01−20 08:48:17