**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **BCS SOFTWARE, LLC,** | |
| **Plaintiff** | **Case No. 6:21-cv-0051-ADA** |
| **v.** | **JURY TRIAL DEMANDED** |
| **ZOHO CORPORATION** | |
| **Defendant** | |

**[PROPOSED] ORDER GRANTING FIRST UNOPPOSED MOTION FOR EXTENSION**

The Court, having considered the Unopposed Motion for Defendant, Zoho Corp., to respond to the Complaint hereby **ORDERS** that the motion is **GRANTED**.

Defendant's deadline to answer or otherwise respond to the Complaint is extended to March 17, 2021.

SIGNED this _____day of _____2020.


_____
Alan D. Albright
UNITED STATES DISTRICT JUDGE