UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BCS SOFTWARE, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§　Civil Action No. 6:21-CV-00051<br>§<br>§<br>§<br>§<br>§ |

### NOTICE OF APPEARANCE – DARRYL J. ADAMS

Defendant Zoho Corporation hereby notifies the Court that Darryl J. Adams of Slayden Grubert Beard PLLC (401 Congress Ave., Suite 1650, Austin Texas 78701, Telephone: 512.402.3562, Facsimile: 512.402.6865, E-mail: dadams@sgbfirm.com) has entered this action as counsel for Defendant. Mr. Adams requests that future filings and court notifications be served on him at the e-mail address indicated above.

Dated: March 10, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Darryl J. Adams*
　　　　　　　　　　　　　　　　　　　　Darryl J. Adams (TX Bar No. 00796101)
　　　　　　　　　　　　　　　　　　　　dadams@sgbfirm.com
　　　　　　　　　　　　　　　　　　　　SLAYDEN GRUBERT BEARD PLLC
　　　　　　　　　　　　　　　　　　　　401 Congress Ave., Suite 1650
　　　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　　　tel: 512.402.3550
　　　　　　　　　　　　　　　　　　　　fax: 512.402.6865
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of March, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                       */s/ Darryl J. Adams*
                                                       Darryl J. Adams
                                                       *Attorney for Defendant*