UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

BCS Software, LLC

vs.  Case No.: 6:21-CV-00051

Zoho Corporation

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Ryan Marton, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Zoho Corporation in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Marton Ribera Schumann & Chang LLP with offices at:

   Mailing address: 548 Market St., Suite 36117
   City, State, Zip Code: San Francisco, California 94104
   Telephone: 415-360-2515    Facsimile:

2. Since 12/31/2002, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 223979.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | State Court of California | 12/31/2002 |
   | USDC - Northern California | 04/24/2003 |
   | USC of Appeals Federal Circuit | 09/10/2010 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   n/a

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 1: 19-cv-00225 on the 26 day of June, 2019.
   Number: 1: 18-cv-00859 on the 21 day of December, 2018.
   Number: 6:20-cv-00963 on the 22 day of January, 2021.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   n/a

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   n/a

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Darryl J. Adams

Mailing address: 401 Congress Ave, Ste. 1650

City, State, Zip Code: Austin, TX 78701

Telephone: 512-402-3562

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Ryan Marton to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Ryan Marton
[printed name of Applicant]

*Ryan Marton*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 11 day of March, 2021.

Ryan Marton
[printed name of Applicant]

*Ryan Marton*
[signature of Applicant]