UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

BCS Software, LLC

vs.                                                    Case No.: 6:21-CV-00051

Zoho Corporation

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Carolyn Chang, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Zoho Corporation in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Marton Ribera Schumann & Chang LLP with offices at:

   Mailing address: 548 Market St., Suite 36117

   City, State, Zip Code: San Francisco, California 94104

   Telephone: (415) 360-2514          Facsimile:

2. Since December 2001, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 217933.

3. Applicant has been admitted to practice before the following courts:

   Court:                              Admission date:

   See attached

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 13-cv-00371 on the 23 day of September, 2016.
   Number: 18-cv-00359 on the 10 day of April, 2019.
   Number: 6:20-cv-00963 on the 22 day of January, 2021.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Darryl J. Adams

Mailing address: 401 Congress Ave, Ste. 1650

City, State, Zip Code: Austin, TX 78701

Telephone: 512-402-3562

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Carolyn Chang to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Carolyn Chang
[printed name of Applicant]

*Carolyn Chang* (signature)
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 11 day of March, 2021.

Carolyn Chang
[printed name of Applicant]

*Carolyn Chang* (signature)
[signature of Applicant]

## COURT ADMISSIONS FOR CAROLYN CHANG

### CALIFORNIA

State of California                                                              December 2001

### CALIFORNIA DISTRICT COURTS

| | |
|---|---|
| Northern District of California | February 4, 2002 |
| Eastern District of California | February 1, 2002 |
| Southern District of California | February 4, 2002 |
| Central District of California | February 5, 2002 |

### US COURT OF APPEALS

Court of Appeals for the Federal Circuit                      April 11, 2006

### OTHER COURTS

| | |
|---|---|
| Eastern District of Texas | February 14, 2008 |
| U.S. Supreme Court | August 15, 2011 |