# Exhibit A



(https://wacowork.com/)

Home (https://wacowork.com)

Day Pass (https://members.wacowork.com/)

Blog (https://wacowork.com/blog/)

Memberships (https://members.wacowork.com/)

Events (https://members.wacowork.com/events/)

Join Today – It's Free (https://members.wacowork.com/)



## MEMBERSHIP INCLUDES



**TOTAL ACCESS**



**ACCESSIBLE ENERGY**



**LOWERED COSTS**



**FLEXIBLE DESKING**



**COMMUNITY ON-TAP**



**LIQUID SANITY**



## JOIN THE COMMUNITY

Knowing our environment, including the people around us, shapes who we are, we offer cost-efficient offices which will allow any professional to thrive within a culture of collaborative support.

You will be able to celebrate life at our fun events as well as participate in events which will allow you to move to the next level professionally and personally.

Explore our membership options to find the one that fits you best.

## MEMBERSHIP OPTIONS

|  | Shared Desk | Dedicated Desk | Private Office |
|---|---|---|---|
|  | $199 /mo | $399 /mo | $750+ /mo |
| 24/7 Access | ✔ | ✔ | ✔ |
| Conference Rooms | $20/hr | ✔ | ✔ |
| High Speed Internet | ✔ | ✔ | ✔ |
| Community Events |  |  |  |



## NOT READY TO JOIN?

Be a part of our Community - best part, it's totally free!

With our Free Community Membership you can buy discounted day passes, book conference rooms, rent private offices for an hour or even a day as well as stay in the loop with access to all our events.

Plus it's easy to upgrade your membership when you are ready to join!

Join the Community (https://members.wacowork.com/)

## STILL WONDERING WHAT

## COWORKING IS?

For us, it's a place where startups, freelancers, small companies, and remote employees come together to share resources and ideas as one working community.

View our memberships (https://members.wacowork.com/)





## OUR VISION

WacoWork is a place to see connections, relationships, and opportunities form through a coworking space that is created with a bit of quirkiness to make every day at the office a memorable one.

The aim for the community within WacoWork is to be dynamic and innovative, and an example of what happens when professionals of different trades work alongside one another.

## SOME THINGS WE OFFER



### MAIL SERVICE

Having a separate mailbox for your business is a



### CONFERENCE ROOMS

Perfect for hosting new employee interviews,



### EVENT SPACE

When it's time to throw a launch party for your new

great way to look professional and keep customers from showing up at your home.

workshops for your team, or a brainstorming session for your next big idea.

product or bring together your tribe for a night of fun, we've got the space for you.

## READY TO FIND OUT MORE?

Check out our membership packages to see else we have to offer!

View our memberships (https://members.wacowork.com/)

## A FEW STATS ABOUT COWORKING

### 68%
said they were able to focus better while coworking

### 40%
of the workforce will be freelancers, temps, independent contractors and solopreneurs by 2020

### 91%
have better interactions with others after coworking

Coworking Space in Downtown Waco Texas | WacoWork
htttps://wacowork.com/
Case 6:21-cv-00051-ADA   Document 14-3   Filed 03/31/21   Page 10 of 12

## COMMUNITY






R E A D Y   F O R   A   N E W

# BUSINESS ADVENTURE?

Case 6:21-cv-00051-ADA   Document 14-3   Filed 03/31/21   Page 11 of 12

Join Today - It's Free! (https://members.wacowork.com/)

## MAIN MENU

Home (https://wacowork.com/)

About (https://members.wacowork.com/)

Offerings (https://members.wacowork.com/)

Book a Tour (https://members.wacowork.com/)

## CONTACT US

600 Columbus Ave
Suite 106
Waco, Texas 76701

254-227-6347 (tel:+12542276347)

info@wacowork.com (mailto:info@wacowork.com)

(https://facebook.com/wacowo (https://instagram.com/wacowo

©2021 WacoWork. All Rights Reserved.

## GET THE LATEST UPDATES

Name

Email Address

SIGN ME UP

o o
rk rk
) )