# Exhibit B

Log In

In compliance with the order from the City of Waco & The State of Texas, all members and guests must wear a mask or face covering at WacoWork.

# Join the growing community at WacoWork

We are excited to welcome you to our growing community at WacoWork! By creating a membership, you can begin to connect with the community and start networking access through our membership portal. Choose a membership that is right for you!

**Free!**   ## Community Member    

Welcome to WacoWork! Not ready to join yet? We understand - start as a community member to get your feet wet. As a community member we will keep you up-to-date on all of our events and activities.

Want to check out what we have to offer and stay up-to-date through our newsletter? Sign up to be a Community Member!

**$20**
for 1 day   ## Day Pass    

Need a place to work for the day - then try a day pass! You will get an all access pass to our super rad space during operating hours M-F 9am - 5pm, plus unlimited coffee and beer on tap, discounts on conference room space and office space, crazy fast WiFi and access to our amazing community. WacoWork Community Members receive a discount on Punch Passes (Multiple Day Passes purchased together) and don't forget your first day is on us with code: FIRST at checkout.

Includes: Free Parking • Skinny's Repair Shop

**$10**
for 1 day   ## 5 Pack Passes  [ Punch Pass ]    

☰                                                                                                          Log In

**$25**
for 1 day

# Day Pass: Semi-Private Dedicated Desk 

Need a place to work for the day that is semi-private? You will get to use one of our Semi-Private Dedicated Desks during operating hours M-F 9am - 5pm, coffee, and access to our amazing community. If you would like a temporary workspace with a desk and privacy barrier, a Day Pass for the Semi-Private Dedicated Desk is for you.  *Our Semi-Private Dedicated Desks are located in our upstairs area.

Includes: Free Parking • Skinny's Repair Shop

**$75**
/ month

# Nights + Weekends 

Nights + Weekends membership gives weeknight and weekend access. M-F after 5pm & all day Saturday + Sunday!

Come work on your side hustle or study here!

**$125**
/ month

# Shared Desk 

This membership gives you unlimited access to the coworking space 24/7—even holidays! You can open the door at anytime with an app on your phone. Also included, crazy-fast gigabit internet, 6 hours of conference room credit per month, unlimited free coffee + beer and, the best part about coworking, a community of like-minded people who will support you and help you succeed. This membership includes Proximity Guest Pass giving you free access, up to three days per month, at any space in the world-wide Proximity Network (map).

Includes: Baylor Club Discount • Free Prints • Free Parking • Skinny's Repair Shop

☰                                                                                                   Log In

**Sold Out**

**$325**
/ month

## Semi-Private Dedicated Desk   

Are you looking for a space that is distinctly your own? If so, our Semi-Private Dedicated Desk is a great option. This membership type comes with a desk that is reserved for you, and it also has a privacy barrier around it. It includes 24/7 access to the space and mail service. This is a monthly membership and can be canceled at any time.

Includes: Free Parking • Skinny's Repair Shop

**Only a Few Left**

**$850**
/ month

## Private Office Two   

Includes: Baylor Club Discount • Free Prints • Free Parking • Skinny's Repair Shop

**$60**
/ month

## Mail Service    

Want to have your mail sent to a business address in Waco? Or how about use our mailing address as your company's address? This is for you! You can collect mail anytime Monday - Friday 9am -5pm. Simply use our address as your own!

Establish your business address!

☰                                                                                                                        Log In