# Exhibit C



