# Exhibit D





## U.S. Patent No. 6,240,421

Stolarz

System, Software and Apparatus for Organizing, Storing and Retrieving Information from a Computer Database.



## U.S. Patent No. 6,421,821

Lavellee

Flow Chart-Based Programming Method and System for Object-Oriented Languages.



## U.S. Patent No. 6,438,535

Benjamin et al.

Relational Database Method for Accessing Information Useful for the Manufacture of, to Interconnect Nodes in, to Repair and to Maintain Product and System Units.



## U.S. Patent No. 6,658,377

Anward et al.

Method and System for Text Analysis Based on the Tagging, Processing, and/or reformatting of the Input Text.



## U.S. Patent No. 6,662,179

Benjamin et al.

Relational Database Method for Accessing Information Useful for the Manufacture of, to Interconnect Nodes in, to Repair and to Maintain Product and System Units.



## U.S. Patent No. 6,895,502

Fraser

Method and System for Securely Displaying and Confirming Request to Perform Operation on Host Computer.







## U.S. Patent No. 7,200,760

Riebe et al.

System for Persistently Encrypting Critical Software Data to Control the Operation of an Executable Software Program.

## U.S. Patent No. 7,302,612

Nye et al.

High Level Operational Support System.

## U.S. Patent No. 7,533,301

Nye et al.

High Level Operational Support System.



# U.S. Patent No. 7,730,129

Wang et al.

Collaborative Communication Platforms.



# U.S. Patent No. 7,774,296

Benjamin et al.

Relational Database Method for Accessing Information Useful for the Manufacture of, to Interconnect Nodes in, to Repair and to Maintain Product and System Units.



# U.S. Patent No. 7,840,893

Kulas

Display and Manipulation of Web Page-Based Search Results.

Case 6:21-cv-00051-ADA   Document 14-6   Filed 03/31/21   Page 7 of 10



## U.S. Patent No. 7,890,809

Nye et al.

High Level Operational Support System.



## U.S. Patent No. 7,895,282

Wang et al.

Internal Electronic Mail System and Method for the Same.



## U.S. Patent No. 7,996,464

Wang et al.

Method and System for Providing a User Directory.



## U.S. Patent No. 7,996,469

Wang et al.

Method and System for Sharing Files Over Networks.



## U.S. Patent No. 8,171,081

Wang et al.

Internal Electronic Mail Within a Collaborative Communication System.



## U.S. Patent No. 8,176,123

Wang et al.

Collaborative Communication Platforms.

  

### U.S. Patent No. 8,285,788

Wang et al.

Techniques for Sharing Files Within a Collaborative Communication System.

### U.S. Patent No. 8,554,838

Wang et al.

Collaborative Communication Platforms.

### U.S. Patent No. 8,819,120

Wang et al.

Method and System for Group Communications.

Case 6:21-cv-00051-ADA   Document 14-6   Filed 03/31/21   Page 10 of 10





# U.S. Patent No. 8,984,063

Wang et al.

Techniques for Providing a User Directory for Communication Within a Communication System.

# U.S. Patent No. 9,396,456

Wang et al.

Method and System for Forming Groups in Collaborative Communication System.

AUSTIN - TEXAS

# BCS Software

A NATIVE TEXAS COMPANY