# Exhibit E

# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

**Filing Number:** 803029263  
**Original Date of Filing:** May 29, 2018  
**Formation Date:** N/A  
**Tax ID:** 32067321839  
**Duration:** Perpetual  

**Entity Type:** Domestic Limited Liability Company (LLC)  
**Entity Status:** In existence  
**FEIN:**  

**Name:** BCS Software LLC  
**Address:** 7808 ORISHA DR  
AUSTIN, TX 78739 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| January 16, 2021 | MARLENA FITTS | MEMBER | 7808 ORISHA DRIVE AUSTIN, TX 78739 USA |
| January 16, 2021 | MARLENA FITTS | DIRECTOR | 7808 ORISHA DRIVE AUSTIN, TX 78739 USA |

Order    Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.