# Exhibit F

## TEXAS SECRETARY of STATE
## RUTH R. HUGHS

| BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY ||
|---|---|
| **Filing Number:** 803029263 | **Entity Type:** Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** May 29, 2018 | **Entity Status:** In existence |
| **Formation Date:** N/A | |
| **Tax ID:** 32067321839 | **FEIN:** |
| **Duration:** Perpetual | |
| **Name:** BCS Software LLC | |
| **Address:** 7808 ORISHA DR AUSTIN, TX 78739 USA | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| Bluebonnet Consulting Services & Software | May 29, 2018 | May 29, 2028 | | Active | All Counties |

Order    Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.