# Exhibit G





## Franchise Tax Account Status
As of : 03/15/2021 15:44:31

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| BCS SOFTWARE LLC | |
|---|---|
| Texas Taxpayer Number | 32067321839 |
| Mailing Address | 7808 ORISHA DR AUSTIN, TX 78739-1497 |
| ❔ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 05/29/2018 |
| Texas SOS File Number | 0803029263 |
| Registered Agent Name | THE MORT LAW FIRM, PLLC |
| Registered Office Street Address | 106 EAST SIXTH STREET, SUITE 900 AUSTIN, TX 78701 |