# Exhibit H

# Public Information Report

**Public Information Report**
**BCS SOFTWARE LLC**
Report Year :2020

Information on this site is obtained from the most recent Public Information Report (PIR) processed by the Secretary of State (SOS). PIRs filed with annual franchise tax reports are forwarded to the SOS. After processing, the SOS sends the Comptroller an electronic copy of the information, which is displayed on this web site. The information will be updated as changes are received from the SOS.

You may order a copy of a Public Information Report from open.records@cpa.texas.gov or Comptroller of Public Accounts, Open Records Section, PO Box 13528, Austin, Texas 78711.

| Title | Name and Address |
|---|---|
| MEMBER | **MARLENA FITTS** 7808 ORISHA DRIVE AUSTIN, TX 78739 |
| DIRECTOR | **MARLENA FITTS** 7808 ORISHA DRIVE AUSTIN, TX 78739 |