# Exhibit I

## Contact

www.linkedin.com/in/marlena-fitts-2ba8949 (LinkedIn)
nuedgerealty.com (Other)
m.facebook.com/pages/Nu-Edge-Realty/189668525734 (Personal)

## Top Skills

Real Estate
Investment Properties
Sellers

# Marlena Fitts

Principal, Nu Edge Realty | Apartment Locating
Austin

## Experience

Nu Edge Realty
Principal
2009 - Present (12 years)
3801 South Congress Ave. Ste #115 Austin Tx 78704

Nu Edge Realty is a Residential Real Estate and Apartment Locating Company focused on meeting all your real estate needs. We're here to help you through every facet of the real estate transaction and beyond.

I pride myself in excelling in a competitive real estate market with the latest technology and marketing skills to achieve the greatest exposure and results for my clients. The amount of referrals I receive from past clients is one of the greatest compliments and assures me I am doing an excellent job. I am responsible for training, mentoring, and management of licensed real estate agents.

Specialties: Contract negotiation in sales & leasing applications.

My ultimate goal is to serve my clients with exceptional service and market knowledge and become their 'life-long' Real Estate Agent and Apartment Locator.

Lincoln Property Company
Manager- leasing consultant
March 2003 - January 2006 (2 years 11 months)

## Education

St. Edward's University