UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BCS SOFTWARE, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ZOHO CORPORATION § <br> § <br> Defendant. § <br> § | Civil Action No. 6:21-CV-00051-ADA |

### ORDER GRANTING MOTION TO TRANSFER

The Court, having reviewed and considered Defendant Zoho Corporation's Motion to Transfer Venue to the Austin Division, does hereby ORDER that the above-captioned action be TRANSFERRED to the Austin Division.

**IT IS SO ORDERED.**

SIGNED this ____ day of _____, 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE