UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

BCS Software, LLC

vs.                                                    Case No.: 6:21-CV-00051

Zoho Corporation

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Phillip J. Haack, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Zoho Corporation in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Marton Ribera Schumann & Chang LLP with offices at:

   Mailing address: 548 Market St., Suite 36117

   City, State, Zip Code: San Francisco, California 94104

   Telephone: (415) 360-2514      Facsimile:

2. Since January 2009, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 262060.

3. Applicant has been admitted to practice before the following courts:

   Court:                                  Admission date:
   See attached

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 18-cv-00859   on the 11 day of October, 2019.
   Number: _____   on the ___ day of _____, ___.
   Number: _____   on the ___ day of _____, ___.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Darryl J. Adams

Mailing address: 401 Congress Ave, Ste. 1650

City, State, Zip Code: Austin, TX 78701

Telephone: 512-402-3562

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Phillip J. Haack to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Phillip J. Haack
[printed name of Applicant]

*/s/ Phillip J. Haack*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 6th day of April, 2021.

Phillip J. Haack
[printed name of Applicant]

*/s/ Phillip J. Haack*
[signature of Applicant]

## **COURT ADMISSIONS FOR PHILLIP J. HAACK**

CALIFORNIA

| | |
|---|---|
| Admitted to State Court of California | January 12, 2009 |

U.S. DISTRICT COURTS

| | |
|---|---|
| Admitted to Northern District of California | February 10, 2009 |
| Admitted to Eastern District of California | February 9, 2009 |
| Admitted to Central District of California | February 9, 2009 |
| Admitted to Southern District of California | February 10, 2009 |
| Admitted to Eastern District of Texas | April 15, 2010 |

U.S. COURTS OF APPEAL

| | |
|---|---|
| Admitted to Court of Appeals for the Federal Circuit | October 15, 2009 |