# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

BCS Software, LLC

vs.   Case No.: 6:21-CV-00051

Zoho Corporation

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Phillip J. Haack**, counsel for **Zoho Corporation**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **Phillip J. Haack** may appear on behalf of **Zoho Corporation** in the above case.

IT IS FURTHER ORDERED that **Phillip J. Haack**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of **April** _____, 20 _____.

_____
UNITED STATES DISTRICT JUDGE