UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BCS SOFTWARE, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ZOHO CORPORATION § <br> § <br> Defendant. § <br> § | Civil Action No. 6:21-CV-00051 |

**DEFENDANT ZOHO CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. Rule of Civ. P. 7.1, Defendant Zoho Corporation ("Zoho"), through its undersigned counsel, hereby submits the following corporate disclosure statement: Zoho is a privately held company, and owned by parent company, Zoho Corporation Private Limited. No publicly held company beneficially owns 10% or more of Zoho's stock.

Dated: April 6, 2021                    Respectfully submitted,

                                        By:    /s/ Tecuan Flores


                                        Ryan Marton (*pro hac vice* forthcoming)
                                        ryan@martonribera.com
                                        Hector Ribera (*pro hac vice* forthcoming)
                                        hector@martonribera.com
                                        Carolyn Chang (*pro hac vice* forthcoming)
                                        carolyn@martonribera.com
                                        MARTON RIBERA SCHUMANN & CHANG LLP
                                        548 Market Street, Suite 36117
                                        San Francisco, CA 94104
                                        Telephone:     (415) 360-2511

                                        Darryl J. Adams (TX Bar No. 00796101)
                                        dadams@sgbfirm.com
                                        Tecuan Flores (TX Bar No. 24084569)
                                        tflores@sgbfirm.com
                                        SLAYDEN GRUBERT BEARD PLLC
                                        401 Congress Ave., Suite 1650
                                        Austin, TX 78701
                                        tel: 512.402.3550
                                        fax: 512.402.6865
                                        Attorneys for Defendant


                                        ATTORNEYS FOR DEFENDANT ZOHO CORPORATION

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                     */s/ Tecuan Flores*
                                                     Tecuan Flores
                                                     *Attorney for Defendant*