UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BCS SOFTWARE, LLC,** <br><br> **Plaintiff** <br><br> v. <br><br> **ZOHO CORPORATION** <br><br> **Defendant** | Case No. 6:21-cv-0051-ADA <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

BCS Software, LLC ("Plaintiff") moves the Court for an extension of the deadline for Plaintiff to file a response to Defendant's Motion to Transfer Venue ("Motion"). Defendant filed its Motion on March 31, 2021 [Dkt. No. 14]. Plaintiff's response to the Motion is currently due on April 14, 2021.

The Parties have stipulated and agreed to extend the deadline for Plaintiff to respond to the Motion to be up to April 28, 2021. Plaintiff agrees that it will not rely on this extension in any way as a reason to deny the Motion.

Accordingly, as stipulated and agreed by the Parties, Plaintiff respectfully requests the deadline for Plaintiff's response to Defendant's Motion to be up April 28, 2021.

| | |
|---|---|
| Dated:  April 14, 2021 | Respectfully Submitted |
| | */s/ M. Scott Fuller*<br>Thomas Fasone III<br>Texas Bar No. 00785382<br>tfasone@ghiplaw.com<br>M. Scott Fuller<br>Texas Bar No. 24036607<br>sfuller@ghiplaw.com<br>Randall T. Garteiser<br>Texas Bar No. 24038912<br>rgarteiser@ghiplaw.com<br><br>**GARTEISER HONEA, PLLC**<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>Telephone: (903) 705-7420<br><br>*/s/ Raymond W. Mort, III*<br>Raymond W. Mort, III<br>Texas State Bar No. 00791308<br>raymort@austinlaw.com<br><br>**THE MORT LAW FIRM, PLLC**<br>100 Congress Ave, Suite 2000<br>Austin, Texas 78701<br>Tel/Fax: (512) 865-7950<br><br>**ATTORNEYS FOR PLAINTIFF<br>BCS SOFTWARE, LLC** |