UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| BCS SOFTWARE, LLC,<br><br>Plaintiff<br><br>v.<br><br>ZOHO CORPORATION<br><br>Defendant | Case No. 6:21-cv-0051-ADA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

BCS Software, LLC ("Plaintiff") moves the Court for an extension of the deadline for Plaintiff to file a response to Defendant's Motion to Transfer Venue ("Motion"). Defendant filed its Motion on March 31, 2021 [Dkt. No. 14]. Plaintiff's response to the Motion is currently due on April 28, 2021 [Dkt. No. 17].

The Parties have stipulated and agreed to extend the deadline for Plaintiff to respond to the Motion to be up to May 5, 2021. Plaintiff agrees that it will not rely on this extension in any way as a reason to deny the Motion.

Accordingly, as stipulated and agreed by the Parties, Plaintiff respectfully requests the deadline for Plaintiff's response to Defendant's Motion to be up May 5, 2021.

Dated:  April 28, 2021                                     Respectfully Submitted

*/s/ M. Scott Fuller*
Thomas Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
Randall T. Garteiser
Texas Bar No. 24038912
rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420


*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950


**ATTORNEYS FOR PLAINTIFF
BCS SOFTWARE, LLC**


### CERTIFICATE OF CONFERENCE

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing the instant Motion, and counsel indicated no opposition to the relief requested herein.

*/s/ M. Scott Fuller*
M. Scott Fuller