UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BCS SOFTWARE, LLC,**<br><br>**Plaintiff**<br><br>v.<br><br>**ZOHO CORPORATION**<br><br>**Defendant** | Case No. 6:21-cv-0051-ADA<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO EXTEND DEADLINES FOR PLAINTIFF'S RESPONSE AND DEFENDANT'S REPLY TO DEFENDANT'S MOTION TO TRANSFER**

BCS Software, Inc. ("Plaintiff") moves the Court for an extension of the deadline for Plaintiff to file a response and Defendant to file a reply to Defendant's Motion to Transfer ("Motion"). Defendant filed its Motion on March 31, 2021 [Dkt. No. 14]. Plaintiff's response to the Motion is currently due on May 5, 2021 [Dkt. No. 18]. Pursuant to the Court's November 19, 2020 Standing Order Regarding Venue and Jurisdictional Discovery Limits for Patent Cases and to allow the Parties to address venue discovery related to the allegations set forth in Defendant's motion to transfer to the Austin Division of the Western District of Texas, the Parties have stipulated and agreed to extend the deadline for Plaintiff to respond to the Motion to be up to two weeks after the completion of venue discovery, and to extend the deadline for Defendant to reply to be up to two weeks after Plaintiff's response. Venue discovery will be completed before or on July 30, 2021. The parties will notify the Court when such discovery is completed. Plaintiff agrees that it will not rely on this extension in any way as a reason to deny the Motion.

Accordingly, as stipulated and agreed by the Parties, Plaintiff respectfully requests the deadline for Plaintiff's response to Defendant's Motion to be up to two weeks after the completion of venue discovery, and that the deadline for Defendant's reply be up to two weeks after Plaintiff's response. Venue discovery will be completed before or on July 30, 2021.

| | |
|---|---|
| Dated:  May 5, 2021 | Respectfully Submitted |
| | */s/ M. Scott Fuller*<br>Thomas Fasone III<br>Texas Bar No. 00785382<br>tfasone@ghiplaw.com<br>M. Scott Fuller<br>Texas Bar No. 24036607<br>sfuller@ghiplaw.com<br>Randall T. Garteiser<br>Texas Bar No. 24038912<br>rgarteiser@ghiplaw.com<br><br>**GARTEISER HONEA, PLLC**<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>Telephone: (903) 705-7420<br><br>*/s/ Raymond W. Mort, III*<br>Raymond W. Mort, III<br>Texas State Bar No. 00791308<br>raymort@austinlaw.com<br><br>**THE MORT LAW FIRM, PLLC**<br>100 Congress Ave, Suite 2000<br>Austin, Texas 78701<br>Tel/Fax: (512) 865-7950<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**BCS SOFTWARE, LLC** |