UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **BCS SOFTWARE, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**ZOHO CORPORATION**<br>         **Defendant.** | **Case No. 6:21-cv-0051-ADA** |

**CORRECTED JOINT MOTION**
<u>**FOR ENTRY OF AGREED SCHEDULING ORDER**</u>

Pursuant to Federal Rule of Civil Procedure 16 and Paragraph 3 of the Court's Order Governing Proceedings, BCS Software, LLC ("BCS") and Zoho Corporation ("Zoho") hereby jointly submit a Proposed Scheduling Order for the Court's consideration. *See* Exhibit A ("Proposed Scheduling Order").

Dated:  July 6, 2021                              Respectfully Submitted,


                                            /s/ _Thomas Fasone III_

Raymond W. Mort, III
Texas State Bar No. 0791308
raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950


Thomas Fasone, III
Texas State Bar No. 0785382
tfasone3@gmail.com
**Inventors First Law Group, PLLC**
2355 Thomas Ave, No. 2010
Dallas, Texas  75201
Telephone:  (214) 402-5101


M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400


**ATTORNEYS FOR
BCS SOFTWARE**


Date: July 6, 2021                 _/s/ Ryan Marton_

                                         Ryan Marton (admitted *pro hac vice*)
                                         ryan@martonribera.com

Carolyn Chang (admitted *pro hac vice*)
carolyn@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:	(415) 360-2511

Darryl J. Adams (TX Bar No. 00796101)
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, TX 78701
tel: 512.402.3550
fax: 512.402.6865

*Attorneys for Defendant Zoho Corporation*