# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| BCS SOFTWARE, LLC,<br><br>Plaintiff<br><br>v.<br><br>ZOHO CORPORATION<br><br>Defendant. | Case No. 6:21-cv-0051-ADA |

## JOINT CLAIM CONSTRUCTION STATEMENT

Plaintiff BCS Software, LLC ("BCS") and Defendant Zoho Corporation ("Zoho") respectfully submit this Joint Claim Construction Statement for the asserted claims of U.S. Patent No. 8,819,120 ("the '120 Patent").

## I.     DISPUTED CLAIM TERMS

### A.     Term 1:  File List (Claims 1, 6, 12, 15, 19, 20 and 21)

| Plaintiff's Construction | Defendant's Construction |
|---|---|
| No construction necessary/plain and ordinary meaning<br><br><br>Or in the alternative, "logic interface displayed on a client machine that allows a user to download from or upload files to a store on a network" | "a logic interface displayed on a client machine that allows a user to download or upload files to a store on a network, notifies users when files are available for download, and lists available files" |

### B.  Term 2:  Internal Mail (Claims 12 and 19)

| Plaintiff's Construction | Defendant's Construction |
|---|---|
| No construction necessary/plain and ordinary meaning | "a private electronic communication system that uses only internal identifiers to deliver email and delivers email to users through a private server" |

Dated: September 10, 2021,          Respectfully submitted,

*/s/ Thomas G. Fasone III*
Thomas G. Fasone, III
Texas State Bar No. 0785382
tfasone@inventorsfirst.com
**Inventors First Law Group, PLLC**
2355 Thomas Ave, No. 2010
Dallas, Texas 75201
Telephone: (214) 402-5101


Raymond W. Mort, III
Texas State Bar No. 0791308
raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

Dated: September 10, 2021,                    Respectfully submitted,


        By:   /s/ Ryan J. Marton
              Darryl J. Adams (TX Bar No.
              00796101)
              dadams@sgbfirm.com
              SLAYDEN GRUBERT BEARD PLLC
              401 Congress Ave., Suite 1650
              Austin, TX 78701
              tel: 512.402.3550
              fax: 512.402.6865

Ryan Marton (admitted pro hac vice 223979)
Carolyn Chang (admitted pro hac vice 217933)
Phillip Haack (admitted pro hac vice 262060)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515
Email:  ryan@martonribera.com
          carolyn@martonribera.com
          phil@martonribera.com

Attorneys for Defendant Zoho Corporation