UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BCS SOFTWARE, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:21-CV-00051-ADA |
| ZOHO CORPORATION | § § | |
| Defendant. | § § § | |

### ORDER GRANTING MOTION TO TRANSFER

The Court, having reviewed and considered Defendant Zoho Corporation's Motion to Transfer Venue to the Austin Division and the representation at ECF No. 39 that BCS stipulates to transfer, does hereby ORDER that the above-captioned action be TRANSFERRED to the Austin Division pursuant to 28 U.S.C. § 1404(b).

**IT IS SO ORDERED.**

SIGNED this 9th day of December, 2021.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE